# Third District Court of Appeal

## State of Florida

Opinion filed February 1, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1502
Lower Tribunal No. M19-6933
_____

**Christopher Atanay,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the County Court for Miami-Dade County, Cristina Rivera Correa, Judge.

Christopher Atanay, in proper person.

Ashley Moody, Attorney General, for appellee.

Before HENDON, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.